Mathew K. Higbee SBN 42755
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com

*Counsel for Plaintiff,*
Ben Coffman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEN COFFMAN, | Case No. **2:20-cv-00911** |
| Plaintiff, | |
| v. | **NOTICE OF INTERESTED PARTIES** |
| ENCEPHALON, INC. d/b/a https://drjoedispenza.com; and DOES 1 through 25 inclusive, | |
| Defendants. | |

Plaintiff, BEN COFFMAN, by and through his undersigned counsel hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Ben Coffman, *Plaintiff*

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

Plaintiff reserves the right to amend, correct and update this Disclosure

Statement throughout the pendency of this action.


Dated: June 11, 2020                                     Respectfully submitted,

                                                        **/s/ Mathew K. Higbee**
                                                        Mathew K. Higbee, Esq.
                                                        SBN 42755
                                                        HIGBEE & ASSOCIATES
                                                        1504 Brookhollow Dr., Ste 112
                                                        Santa Ana, CA 92705-5418
                                                        (714) 617-8350
                                                        (714) 597-6559 facsimile
                                                        *Counsel for Plaintiff*